# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED-CLERK
U.S. COURT
2010 JUN 24 AM 10: 23
TX EASTERN-MARSHALL
BY_____

Official Caption[1]

2010-1402

RETRACTABLE TECHNOLOGIES, INC.
and THOMAS J. SHAW,

Plaintiffs-Appellees,

v.

BECTON, DICKINSON AND COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0250, Judge David J. Folsom.

Authorized Abbreviated Caption[2]

RETRACTABLE TECH V BECTON DICKINSON, 2010-1402

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders FRAP 12(a); 32(a)

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1

AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

_XX_ United States District Court for the __Eastern District of Texas__
_____ United States Court of International Trade
_____ United States Claims Court

**RECEIVED**

JUN 21 2010

United States Court of Appeals
For The Federal Circuit

Type of case: Patent_____
Style of case:
   Retractable Technologies Inv vs Becton Dickenson and Company

*Plaintiff(s)*          *Defendant(s)*

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 2:07cv250

Date of Judgment
or Order 04/23/10

Cross or related
appeal?  #[368]

Date of Notice
Appeal 6/16/10

Appellant is: ____Defendant Becton Dickinson and Company

FEES:   Court of Appeals Docket Fee Paid?   XX   Yes  ____ No
        U.S. Appeal ?   ____X____ NO
        In forma pauperis?   ____Granted   ____Denied   ____Revoked
                             ____Pending   ____Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

Pltf: Bradley C Weber
Locke Liddell & Sapp
2200 Ross Ave Suite 2200
Texarkana TX 75503
903-794-9419
Fax: 903 794 1268

Deft: W David Carten
Mercy, Carter Tidwell LLP
1724 Galleria Oaks Drive
Dallas, TX 75201-6776
214 740 8497
214 756 8497

COURT REPORTER (Name and telephone):  Libby Crawford 903 794 4067 ext 237
                                      Susan Simmons 903 938 8452 ext 231

IMPORTANT: Attach copy of opinion or order appealed form. Forward together with copy of notice of appeal and certified docket entries.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2010-1402 - RETRACTABLE TECH V BECTON DICKINSON

**Date of docketing:** 06/21/2010

**Appeal from:** United States District Court / Eastern District of Texas
case no. 07-CV-0250

**Appellant(s):** Becton, Dickinson and Company

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. *(Due within 14 days of the date of docketing.)* See Fed. Cir. R. 47.3.
- Certificate of interest. *(Due within 14 days of the date of docketing.)* See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Texas
Mark R. Backofen
Heath A. Brooks